receipt 11092274

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

JOSEPH S. & JOANNE C. COSTANZO                B-08-11001-B

Debtors

      IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Cellular One, 401 E. Memorial Road, Suite 500, Oklahoma City, OK 73114-2287

      AND IT

      FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

      Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $59.31 representing unclaimed funds belonging to the above-named creditor.

Dated: August 18, 2011

                                        ALBERT J. MOGAVERO
                                        CHAPTER 13 TRUSTEE


FILED AUG 22 2011 BANKRUPTCY COURT BUFFALO, N.Y.