#11092396
$ 43.14
MDM
9/16/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

JOSEPH S. & JOANNE C. COSTANZO        B-08-11001-B

Debtors

    IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Elite Recovery Services, Inc., 255 Great Arrow Ave., 2nd Floor, Suite 15, Buffalo, NY 14207-3024

    AND IT

    FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

    Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $43.14 representing unclaimed funds belonging to the above-named creditor.

Dated: September 15, 2011           _____
                                                     ALBERT J. MOGAVERO
                                                   CHAPTER 13 TRUSTEE



FILED SEP 16 2011
BANKRUPTCY COURT
BUFFALO, N.Y.